IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DORIS WILLIAMS,
           Plaintiff,

-vs-                                             Case No. A-13-CA-397-SS

ENHANCED RECOVERY COMPANY, LLC,
           Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal [#5] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Notice of Voluntary Dismissal [#5] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

    IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 8th day of July 2013.

                                                   Sam Sparks
                                        UNITED STATES DISTRICT JUDGE

